Case 5:16-cv-02024-KOB-JHE Document 1 Filed 12/16/16 Page 1 of 4

CV-16-BE-2024-NE

FILED
2016 Dec-16 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

133195

Inmate Identification Number:

GARY LAVON DAVIS

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

FILED
2016 DEC 16 A 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

vs.

Vanessa Rich.
Mike Bleakly.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (X)   No ( )

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: GARY LAVON DAVIS

         Defendant(s): Andrew Vanshoiack.
         Mike Bleakly. TRACY TAYler.

2. Court (if Federal Court, name the district; if State Court, name the county) in the united states District court

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit Nov. 16 - 16

7. Approximate date of disposition _____

II. Place of present confinement Limestone County Detention facility

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

C. If your answer is YES:

1. What steps did you take? I filed A Grievance to the (Sheriffs) and the captain.

2. What was the result? The Grievance were ReJected With (NO) Rectifycation.

D. If your answer is NO, explain why not: _____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) GARY LAVON DAVIS

Address Limestone County Detention facility P.O. Box 889 Athens, ALa 35612

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant VAnessa Rich

Is employed as CaPtain.

at Limestone county Detention facility.

C. Additional Defendants Mike Bleakly Sheriff, Limestone County Detention facility.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON 9-23-16 I Were arrested here in Athens, Alabama and Charged With Robbery 1st at this Present time I have (2) Two charges Pending in court. My Constitutional Rights are being Violated on A dayly Basses because I am being denied Access to A LAW Library.

4

OR LAW material.

### V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want this court to compensate me in the sum of 25,000 Thousand Dollars. Pain And Suffering. Mental Stress. Mental Anguish. And to be offorded LAW Books And material.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2016.

SIGNATURE: Gary L. Davis

ADDRESS: P.O. Box 889
Athens, Ala 35612

AIS# 133185

Subscribed and sworn to before me this 13th day of December, 2016
Sheila P. Vickers
Notary Public
Commission Expires 03-13-2017

5